REUBEN KARP et al., respondents,

*v.*

HIGH POINT PARK COMMISSION, appellant.

[Decided September 18th, 1942.]

*Messrs. Isserman, Isserman & Kapelsohn,* for the respondents.

*Mr. David T. Wilentz,* Attorney-General (*Mr. Sackett M. Dickinson,* of counsel), for the appellant.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, whose opinion is reported at *131 N. J. Eq. 249.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.